Benddf
(10-02)

**STATE OF ALABAMA**
**ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS**
**UNEMPLOYMENT COMPENSATION AGENCY**
**MONTGOMERY, ALABAMA 36131**

**FINAL PAYMENT NOTICE**

CORRETTA HORTON                      SSN:            ▮▮▮▮-9162
475 GRIFFIN ST                       CLAIM DATE: 05/03/09
MOUNDVILLE AL   35474-4038           MAIL DATE:  11/10/09

\* NO FURTHER PAYMENT OF BENEFITS CAN BE MADE ON THIS CLAIM AS
  YOUR BENEFITS ARE EXHAUSTED. HOWEVER, YOU MAY BE ELIGIBLE FOR
  EMERGENCY UNEMPLOYMENT COMPENSATION 2008 BENEFITS. IF YOU ARE
  STILL UNEMPLOYED, YOU SHOULD TELEPHONE THE CLAIMS LINE AT
  1-866-234-5382 WITHIN SEVEN DAYS OF THE MAILING DATE OF THIS
  NOTICE.